# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LORENZO REESE,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 2:19-cv-01531-RDP-SGC |
| **GWENDOLYN GIVENS, et al.,** | ) ) ) |
| Respondents. | ) |

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability is **DENIED**. Costs are taxed as paid.

**DONE** and **ORDERED** this January 6, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE